IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| RAY ACUNA, ) | |
|         Petitioner, ) | |
| ) | |
| v. ) | |
| ) | Civil No. 7:11-CV-143-O-BL |
| RICK THALER, Director, ) | |
| Texas Department of Criminal Justice, ) | |
| Correctional Institutions Division, ) | |
|         Respondent. ) | |

ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and of

the Report and Recommendation of the United States Magistrate Judge, I am of the opinion that the

findings of fact, conclusions of law, and reasons for dismissal set forth in the Report and

Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated

by reference as the Findings of the Court.

Accordingly, the petition for writ of habeas corpus is DISMISSED as time-barred.

SO ORDERED this 3rd day of April, 2013.


_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**